IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17-CR-1038 |
| | ) | |
| vs. | ) | |
| | ) | |
| TOBEY HINES, TIFFANY REYNOLDS, | ) | |
| JOSHUA WILLIS, PAYTON | ) | |
| McCARVILLE, MORGAN CORNELL, | ) | |
| and PAUL CHASE | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SEALING INDICTMENT AND WARRANTS

For cause, it is

ORDERED

That the Indictment and Arrest Warrants in this matter are sealed until the arrest of the first defendant.

Dated this __24th__ day of __August__, 2017.

_____
C.J. WILLIAMS
CHIEF U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA